IN RE PEPIN'S ESTATE. PEPIN, APPELLANT, *v.* MEYER ET AL., RESPONDENTS.

(No. 3,911.)

(Submitted January 24, 1917. Decided February 9, 1917.)

[160 Pac. 107.]

(For syllabus, see *In re Pepin's Estate, ante,* p. 240.)

*Appeal from District Court, Hill County; John W. Tattan, Judge.*

IN THE MATTER of the estate of Simon Pepin, deceased. Petition of Adolph A. Pepin against Elizabeth Meyer and others for revocation of probate of will was dismissed, and he appeals. Affirmed.

*Mr. Wellington D. Rankin,* for Appellant.

*Messrs. Norris & Hurd, Mr. L. V. Beaulieu* and *Mr. A. L. Lamey,* for Respondents.

MR. JUSTICE SANNER delivered the opinion of the court.

This appeal is from an order precisely similar in character, based upon the same kind of record and presenting identical

questions as that disposed of in *In re Pepin's Estate (Exor Pepin* **v.** *Elizabeth Meyer), ante,* p. 240, 163 Pac. 104, just decided. Upon the authority of that decision the order here appealed from is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE HOLLOWAY concur.